IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES OF AMERICA

V.                                                Case No. B-08-0932

EDGAR BASURTO ROBLES,

DEFENDANT

## ORDER ON DEFENDANT EDGAR BASURTO ROBLES' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

The Defendant Edgar Basurto Robles' Motion to Substitute Counsel is hereby:

__✓__    GRANTED

_____  DENIED

Signed in Brownsville, Texas on this the __10th__ day of __September__, 2008.

_____
JUDGE PRESIDING